CLAUDE EUGENE MEADOWS AND BERNICE JENKINS MEADOWS v. CRAIG JOHN LAWRENCE

No. 391A85

(Filed 7 January 1986)

APPEAL of right under N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 75 N.C. App. 86, 330 S.E. 2d 47 (1985), affirming summary judgment for defendant entered by *Helms, J.,* on 2 April 1984 in Superior Court, IREDELL County. Heard in the Supreme Court 17 December 1985.

*Harris & Pressly, by Edwin A. Pressly and Gary W. Thomas, for plaintiff appellants.*

*Sowers, Avery & Crosswhite, by William E. Crosswhite, for defendant appellee.*

PER CURIAM.

Affirmed.